IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAMORRIS LAMPKIN
ADC #658354                                                              PLAINTIFF

v.                         Case No. 5:19-cv-00362-KGB

JOHN L. KEARNEY,                                                         DEFENDANT
District Court Judge, Pine Bluff

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff LaMorris Lampkin's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would be considered frivolous and not in good faith.

So adjudged this 20th day of December, 2019.

Kristine G. Baker
United States District Judge